```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BRUCE MILLER,

                          Plaintiff,

       -against-                                              24 Civ. 1147 (AT)

ALTERYX, INC., DEAN STOECKER, CHARLES                         ORDER
CORY, JEFFREY HORING, ANJALI JOSHI,
TIMOTHY MAUDLIN, CECE MORKEN,
EILEEN SCHLOSS, DAN WARMENHOVEN,
and MARK ANDERSON,

                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/29/2024

ANALISA TORRES, District Judge:

      The Court intends to consolidate this action with *Tuls v. Alteryx, Inc. et al.*, No. 24 Civ. 936. By **March 8, 2024**, any interested attorneys shall file requests to be appointed lead counsel. Opposition to any such application shall be filed by **March 12, 2024.**

      SO ORDERED.

Dated: February 29, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge